IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAURENE MEGER,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-16020

Judge Elaine E. Bucklo

Magistrate Judge Jeffrey Cole

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 122 | lyjutou Co.Ltd |
| 123 | JuTou Co.Ltd |
| 66 | SuMay |
| 19 | 杨-立军 |
| 105 | huaxiao5dip-us |
| 53 | PochNe |
| 62 | YCSJFCJJYXGS |
| 63 | JASHLJSA |
| 64 | xinruiyanyijoy |
| 69 | QZYL |
| 70 | LangFangKeLuoFuDianZiShangWuYouXianGongSi |
| 109 | Scofon |
| 81 | TH ART |
| 113 | ShiJianZaoGuanShangMao |
| 55 | GDTNStore |
| 93 | zhi cha DH art poster |
| 11 | leisureHOMECURTAIN |
| 108 | Joiry Fydlin Home Decor |
| 67 | Win-Win Gift |
| 15 | FKELYI |
| 9 | Esyyork |
| 58 | HommomHCurtain |

| | |
|---|---|
| 61 | SXCHEN |
| 42 | Home Bedding Set |
| 119 | HOME Bedding |
| 117 | Maibao |
| 118 | Jinhan Trading Co. Ltd |
| 82 | GEEREE |
| 85 | YinXXX |
| 2 | YuanRun |

DATED:  January 2, 2024   Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 2, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

>*/s/ Keith A. Vogt*
>Keith A. Vogt